UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**WALMART, INC. and WAL-MART STORES TEXAS, LLC,**<br><br>Defendants. | **Case No. 6:21-cv-00863-ADA**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff, Burley Licensing LLC, and Defendants, Walmart, Inc. and Wal-Mart Stores Texas, LLC, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims made against Defendants in this case, with prejudice. The parties agree that all attorneys' fees, costs of court and expenses shall be borne by the incurring party. Accordingly, the parties respectfully request that the Court enter the proposed order submitted herewith.

Dated:  May 25, 2022

Respectfully submitted,

*/s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7950

*Attorneys for Boulder Licensing LLC*


*/s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
Austin M. Schnell (TX Bar No. 24095985)
**MORRISON & FOERSTER LLP**
701 Brazos Street, Suite 1100
Austin, TX 78701
Tel: (737) 309-0700
BNash@mofo.com
ASchnell@mofo.com

*Counsel for Defendants*
*Walmart, Inc. and Wal-Mart Stores Texas, LLC*