IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BURLEY LICENSING LLC,**<br><br>Plaintiff<br><br>v.<br><br>**WALMART, INC. and WAL-MART STORES TEXAS, LLC,**<br><br>Defendants. | **Case No. 6:21-cv-00863-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff, Boulder Licensing LLC, and Defendants, Walmart, Inc. and Wal-Mart Stores Texas, LLC, by and through their counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice. ("Stipulation").

Having considered this Stipulation, and finding that good cause exists, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

(1) All claims made against Defendants in this case are dismissed with prejudice.

(2) Each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

1

**IT IS SO ORDERED**.

Dated: _____                                _____

**Honorable Alan D Albright**
**United States District Judge**